# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **VITAMINS ONLINE, INC.**, a Delaware corporation,<br><br>**Plaintiff,**<br><br>v.<br><br>**HEARTWISE, INC.**, an Oregon corporation d/b/a NATUREWISE,<br><br>**Defendant.** | **SCHEDULING ORDER**<br><br>Civil Case No. 2:13-cv-00982-DAK<br><br>Judge Dale A. Kimball |

This case is set for a ten-day bench trial to begin on April 13, 2020, at 8:30 a.m. In order for the parties and the court to have the necessary time before the commencement of trial to consider any motions in limine, the court issues the following briefing schedule regarding motions in limine:

1. All motions in limine must be filed with the court by **March 4, 2020**.

2. Memoranda in opposition to any motions in limine must be filed no later than **March 13, 2020**.

3. Reply memoranda, if necessary, must be filed by **March 20, 2020**.

4. The court will hold a hearing on any motions in limine on **March 25, 2020** at 10:00 a.m.

In addition, as stated in the Trial Order, the above deadlines are court-imposed deadlines. Therefore, to modify any deadline, a party must file an appropriate motion with the court and receive an order from the court modifying such deadline.

Dated this 27th day of February, 2020.

                              BY THE COURT:

                              _____
                              DALE A. KIMBALL
                              United States District Judge