IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **VITAMINS ONLINE, INC.,** a Delaware corporation,<br><br>                 **Plaintiff,**<br>v.<br><br>**HEARTWISE, INC.,** an Oregon corporation d/b/a NATUREWISE,<br><br>                 **Defendant.** | **ORDER VACATING TRIAL DATES**<br><br>Civil Case No. 2:13-cv-00982-DAK<br><br>Judge Dale A. Kimball |

      This case is currently set for a ten-day bench trial to begin on April 13, 2020, at 8:30 a.m. However, in light of this court's General Order 20-009 issued on March 16, 2020 and the current situation surrounding the outbreak of the Coronavirus Disease (COVID-19) in the District of Utah, the court hereby **VACATES** the following hearing and trial dates:

- Telephonic Status Conference set for 3/24/2020 at 2:30 p.m. [ECF No. 504]
- Motion Hearing on Defendant's Motions in Limine set for 3/31/2020 at 2:00 p.m. [ECF No. 488]
- Ten-day bench trial set to begin on 4/13/2020 at 8:30 a.m. [ECF No. 468]

Accordingly, the court directs the parties to meet and confer and propose new dates for (1) the Motion Hearing on Defendant's Motions in Limine and (2) the ten-day bench trial. The parties are to submit the proposed dates to the court in writing on or before April 6, 2020.

Dated this 23rd day of March, 2020.

                        BY THE COURT:

                        _____
                        DALE A. KIMBALL
                        United States District Judge