# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **VITAMINS ONLINE, INC.**, a Delaware corporation,<br><br>　　　　　　**Plaintiff,**<br>v.<br><br>**HEARTWISE, INC.** an Oregon corporation d/b/a **NATUREWISE**,<br><br>　　　　　　**Defendant.** | **ORDER OF NOTICE**<br><br>Case No. 2:13-cv-00982-DAK<br><br>Judge Dale A. Kimball |

　　　　On July 16, 2020, this case proceeded with a fifteen-day bench trial. At the close of Plaintiff Vitamins Online, Inc.'s ("Vitamins Online") case-in-chief, Defendant HeartWise, Inc. d/b/a NatureWise ("NatureWise") moved for judgment on partial findings pursuant to Rule 52(c) of the Federal Rules of Civil Procedure. Vitamins Online subsequently filed their opposition in response to NatureWise's motion. On the last day of trial, the court instructed the parties to file proposed findings of fact and conclusions of law by August 26, 2020. Because the court has yet to rule on NatureWise's motion for judgment on partial findings and given that the deadline for the proposed findings of fact and conclusions of law is quickly approaching, the court hereby gives notice to the parties that it will defer ruling on NatureWise's motion until after the parties have submitted their proposed findings of fact and conclusions of law.

　　　　Dated this 18th day of August, 2020.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_/s/ Dale A. Kimball_____
　　　　　　　　　　　　　　　　　　　　DALE A. KIMBALL,
　　　　　　　　　　　　　　　　　　　　United States District Judge