# UNITED STATES DISTRICT COURT

for the

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| VITAMINS ONLINE, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HEARTWISE, INC., an Oregon Corporation d/b/a NATUREWISE,<br><br>Defendant. | Case No. 2:13-cv-00982-DAK |

**NOTICE OF APPEAL**

Notice is hereby given that Heartwise, Inc., an Oregon Corporation d/b/a Naturewise, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Final Judgment entered in this action on November 10, 2020.

1

Date:  December 3, 2020.

        **GREENBERG TRAURIG, LLP**

        */s/ Sarah Goldberg*
        Peggy Hunt (#6060)
        Sarah Goldberg (#13222)
        *Attorneys for Appellant Heartwise, Inc., an Oregon Corporation d/b/a Naturewise*
        222 South Main Street, 5th Floor
        Salt Lake City, UT 84101
        huntp@gtlaw.com
        goldbergsa@gtlaw.com
        (801) 478-6900

# CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2020, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of the Court for the United States District Court for the District of Utah by using the CM/ECF system, which will send notification of the filing to the following:

- **Geoffrey Kris Biehn**
  biehn@mcgiplaw.com,maart@mcgiplaw.com,wayment@mcgiplaw.com,gibson@mcgiplaw.com
- **Edgar R. Cataxinos**
  cataxinos@mcgiplaw.com,rashid@mcgiplaw.com,gibson@mcgiplaw.com,palfreyman@mcgiplaw.com
- **Dylan C. Dang**
  dang@trojanlawoffices.com,speier@trojanlawoffices.com
- **William B. Ingram**
  wingram@strongandhanni.com,intakeclerk@strongandhanni.com
- **Brian C. Johnson**
  bjohnson@strongandhanni.com,intakeclerk@strongandhanni.com,srunnells@strongandhanni.com
- **Yevgen Kovalov**
  kovalov@mcgiplaw.com,gibson@mcgiplaw.com
- **James E. Magleby**
  magleby@mcgiplaw.com,maart@mcgiplaw.com,gibson@mcgiplaw.com
- **E. Scott Savage**
  ssavage@sywlaw.com
- **R. Joseph Trojan**
  trojan@trojanlawoffices.com,roehrick@trojanlawoffices.com,davis@trojanlawoffices.com,speier@trojanlawoffices.com
- **Francis Wong**
  wong@trojanlawoffices.com,speier@trojanlawoffices.com

*/s/ Sarah Goldberg*