James E. Magleby (7247)
  magleby@mcg.law
Edgar Cataxinos (7162)
  cataxinos@mcg.law
Geoffrey K. Biehn (13445)
  biehn@mcg.law
Yevgen Kovalov (16297)
  kovalov@mcg.law
**MAGLEBY CATAXINOS & GREENWOOD, PC**
170 South Main Street, Suite 1100
Salt Lake City, Utah 84101-3605
Telephone: 801.359.9000
Facsimile: 801.359.9011

Attorneys for Plaintiff Vitamins Online, Inc.

## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **VITAMINS ONLINE, INC.**, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>**HEARTWISE, INC.** an Oregon corporation d/b/a **NATUREWISE**,<br><br>Defendant. | **ORDER ACKNOWLEDGING BANKRUPTCY FILING BY DEFENDANT HEARTWISE, INC., RECOGNIZING APPLICABILITY OF THE "AUTOMATIC STAY" AND SUSPENDING ALL CASE DEADLINES**<br><br>Case No.: 2:13-cv-00982-DAK<br><br>Honorable Dale A. Kimball<br><br>Honorable Jared C. Bennett |

Based upon the *Notice of Bankruptcy*, filed by defendant December 7, 2020 [Docket No. 595] (the "Notice of Bankruptcy"), and the response filed by plaintiff, and good cause appearing, it hereby is

ORDERED that further proceedings in this civil action have been, and are, statutorily enjoined pursuant to 11 U.S.C. § 362(a)(1); and it is

FURTHER ORDERD that all deadlines in this civil action shall be, and hereby are, suspended and continued without date pending further order of the United States Bankruptcy Court of the Central District of California (Santa Ana) (the "Bankruptcy Court") in the the bankruptcy case styled *In re Heartwise Inc.*, Case No. 8:20-bk-13335-MW (the "Bankruptcy Case"), which modifies the "automatic stay" to permit proceedings in this action to proceed.

DATED this 14th day of December, 2020.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

_____
Honorable Dale A. Kimball