# TRANSCRIPT ORDER FORM DIRECTIONS ON THE REVERSE SIDE

| | |
|---|---|
| **PART I - To be completed by appellant within fourteen days of filing the notice of appeal.** | |
| Short Title: _____ | District Court Number: _____ |
| District: _____ | Circuit Court Number: _____ |
| Name of Attorney/Pro Se Party: _____ | Email Address: _____ |
| Name of Law Firm/Office: _____ | Telephone: _____ |
| Address: _____ | |
| Attorney for: _____ | |
| Name of Court Reporter: _____ | |
| Name of Court Reporter (if ordering from more than one): _____ | |

**PART II - Complete SECTION A (if not ordering a transcript) or SECTION B (if ordering transcript(s)).**

*SECTION A* - **I HAVE NOT ORDERED A TRANSCRIPT BECAUSE**
    A transcript is not necessary for this appeal;
    The necessary transcript is already on file in District Court; or
    The necessary transcript was ordered previously in appeal number _____

*SECTION B* - **I HEREBY ORDER THE FOLLOWING TRANSCRIPT(S):**
    (Specify the date and proceeding in the space below)

| | |
|---|---|
| Voir dire: _____ | Opening Statements: _____ |
| Trial proceedings: _____ | Closing Arguments: _____ |
| Jury Instructions: _____ | Other Proceedings: _____ |
| Post-Trial Hearings: _____ | Other Proceedings: _____ |

(Attach additional pages if necessary)

**I will pay the cost of the transcript. My signature on this form is my agreement to pay for the transcript ordered on this form.**

**This case is proceeding under the Criminal Justice Act.**
    **IF THIS APPEAL IS PROCEEDING UNDER THE CJA PLEASE NOTE YOU MUST ALSO TAKE ALL STEPS REQUIRED IN EVOUCHER IN ORDER TO COMPLETE PAYMENT ARRANGEMENTS.**

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

**CERTIFICATE OF COMPLIANCE**

I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.** I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Ordering Party: _____      Date: _____

**PART III - To be completed by the court reporter after satisfactory financial arrangements have been made.**

    Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: _____
Estimated completion date: _____
Estimated number of pages: _____
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: _____ Date: _____

# CERTIFICATE OF SERVICE

I certify that I caused the foregoing **TRANSCRIPT ORDER FORM** to be electronically filed with the Clerk of the Court using the CM/ECF system and that service will therefore be accomplished on all ECF registrants in this case. In addition, I caused the foregoing to be served on the persons listed below by the means listed below:

Peggy Hunt (huntp@gtlaw.com)
GREENBERG TRAURIG
222 South Main Street, 5th Floor
Salt Lake City, UT 84101
*Via Email and U.S. Mail*

E. Scott Savage (ssavage@sywlaw.com)
SAVAGE YEATES & WALDRON PC
2455 Parleys Way, Suite 200
Salt Lake City, Utah 84109
*Via Email and U.S. Mail*

R. Joseph Trojan (trojan@trojanlawoffices.com)
Dylan C. Dang (dang@trojanlawoffices.com)
Francis Wong (wong@trojanlawoffices.com)
Kevin R. Davis (davis@trojanlawoffices.com)
TROJAN LAW OFFICES
9250 Wilshire Boulevard, Suite 325
Beverly Hills, California 90212
*Via Email and U.S. Mail*

DATED: January 6, 2022

*s/ Chad E. Nydegger*
CHAD E. NYDEGGER
WORKMAN NYDEGGER
60 East South Temple, Suite 1000
Salt Lake City, Utah 84111
Telephone: (801) 533-9800