# United States District Court
## District of Utah



**Kimberly A. Free, PhD**
Clerk of Court

**Anne W. Morgan**
Chief Deputy Clerk

January 7, 2022

Christopher M. Wolpert, Clerk
United States Court of Appeals
for the Tenth Circuit
1823 Stout Street
Denver, CO 80257

—

RE:   21-04152
      Vitamins Online v. Heartwise et al
      Lower Docket:  2:13-cv-00982-DAK

Dear Clerk of Court:

Please be advised that the record is complete for the purposes of appeal.

Sincerely,

Kimberly A. Free, PhD, Clerk

By: *[signature]*

Elizabeth Toscano
Deputy Clerk

cc: Counsel of Record