IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| VITAMINS ONLINE, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEARTWISE, INC., <br><br> Defendant. | **MEMORANDUM DECISION AND ORDER** <br><br> Civil No. 2:13-CV-982-DAK <br><br> Judge Dale A. Kimball |

This matter is before the court on Plaintiff Vitamins Online's Motion to Strike Improper Portions of Defendant's Status Report and Supporting Evidence [ECF No. 635]. The Federal Rules of Civil Procedure do not generally provide for motions to strike memoranda. *See, e.g., Ysais v. New Mexico Jud. Standard Comm'n¸* 616 F. Supp. 2d 1176, 118 (D.N. M. 2009). Instead, such actions are generally preserved for pleadings. *See Carvana v. MFG Financial, Inc.*, 2:07-CV-00128DAK, 2008 WL 4279588, at *1 (D. Utah Sept. 18, 2008). The court requested status updates, and it can, in its own discretion, determine which portions of these reports are relevant and proper. Accordingly, Plaintiff's Motion to Strike Improper Portions of Defendant's Status Report and Supporting Evidence [ECF No. 635] is DENIED.

DATED this 6th day of November 2023.

BY THE COURT:

Dale A. Kimball
United States District Judge