SAVAGE, YEATES & WALDRON, P.C.
E. Scott Savage (2865)
Stephen R. Waldron (6810)
170 South Main Street, Suite 1075
Salt Lake City, Utah 84101
Phone: (801) 328-2200
Email: ssavage@sywlaw.com

R. Joseph Trojan (pro hac vice)
trojan@trojanlawoffices.com
Dylan C. Dang (pro hac vice)
dang@trojanlawoffices.com
Francis Wong (pro hac vice)
wong@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone: 310-777-8399
Facsimile: 310-777-8348
*Attorneys for Defendant,
HEARTWISE, INC.
d/b/a NATUREWISE*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| VITAMINS ONLINE, INC. a Delaware corporation,<br><br>              Plaintiff,<br>    v.<br><br>HEARTWISE, INC., an Oregon Corporation d/b/a NATUREWISE,<br><br>              Defendant. | CASE NO. 2:13-cv-00982-DAK-JCB<br><br>**DEFENDANT'S STATUS REPORT RE ISSUES ON REMAND**<br><br>**Judge Dale A. Kimball** |

Pursuant to the Court's September 30, 2024 Status Report Order (Dkt. 707), Defendant HeartWise, Inc. d/b/a NatureWise ("Heartwise") respectfully submits this status report concerning the issues on remand.

The discovery permitted by the Court on the remanded issues was completed five months ago on May 10, 2024. As the Court will recall, after the Tenth Circuit remanded the case on or about June 27, 2023 to determine punitive damages and injunctive relief (Dkt. 631), this Court permitted the parties to conduct limited discovery on the two remanded issues starting on November 7, 2023. (Dkt. 639.) The deadline for that limited discovery was February 5, 2024. (Dkt. 641.)

On or about November 10, 2023, Heartwise began propounding discovery to Plaintiff Vitamins Online, Inc. ("VOI") including interrogatories and requests for production of documents. (Declaration of R. Joseph Trojan. Heartwise took the deposition of Mr. Osman Khan, the CFO of VOI on January 29, 2024.

On or about December 7, 2023, VOI began propounding discovery, including 32 interrogatories and 53 requests for production of documents on Heartwise. Heartwise provided discovery responses on January 8, 2024 and began producing documents January 19, 2024 through February 1, 2024. Heartwise produced a total of 23,734 bates labeled pages and supplemented its discovery responses for a third time on January 30, 2024 after meeting and conferring with VOI's counsel. After receiving documents and responses, VOI took the depositions of Ms. Elaine Phan as the F.R.C.P. 30(b)(6) witness for Heartwise (on February 5, 2024) and the individual deposition of Mr. Tuong Nguyen, the CEO of Heartwise (on February 7, 2024).

On or about February 12, 2024, though discovery had closed by that time, VOI moved to compel. (Dkt. 642.) Specifically, VOI moved to compel on: (1) interrogatories 1-9, 17, 23, and 26-32 and (2) requests for production of documents 6-14, 22-36, 38-39, 42-43, 45-46, 50, and 52-53.

Magistrate Judge Jared C. Bennett held oral argument on VOI's motion on February 28, 2024 (Dkt. 650) and issued an order on April 12, 2024 (Dkt. 651.) Judge Bennett granted VOI's motion in part, denied it in part, ordering Heartwise to supplement a limited portion of its discovery responses by no later than May 10, 2024. (*Id*.) Heartwise did as ordered by Judge Bennett, serving two sets of supplemental responses on April 15, 2024 and May 10, 2024. Heartwise also produced 1,500 additional Bates-labeled pages on March 27, 2024, for a total of 25,408 pages. In the supplemental responses, Heartwise confirmed it had no further documents to produce in response to VOI's document requests.

Apparently satisfied with Heartwise's supplemental responses, VOI did not raise any further discovery issues. With discovery thus completed on May 10, 2024, VOI has taken no further action to prosecute its claims relating to punitive damages or permanent injunction.

|  |  |
|---|---|
|  | Respectfully submitted,<br>TROJAN LAW OFFICES<br>By |
| October 11, 2024 | /s/ R. Joseph Trojan<br>R. Joseph Trojan<br>Attorneys for Heartwise |